23-52191

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__NORTHERN__ District of __GEORGIA__
                              (State)

Case number (If known): _____ Chapter _____

Filed in U.S. Bankruptcy Court
Atlanta, Georgia
1:06 PM
MAR - 6 2023
M. Regina Thomas, Clerk
By: _A. Mezon_
Deputy Clerk

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**  M & T REAL ESTATE GROUP II, INC

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names, and *doing business as* names
   
   M & T REAL ESTATE GROUP II, INC DBA WE WORK FOR U GA CONFERENCE CENTER DBA AASAC TRANSITIONAL COMMUNITY HOUSING  (HOUSELESS HOUSING PROGRAM

3. **Debtor's federal Employer Identification Number (EIN)**  8 3 - 4 6 2 2 6 3 4

4. **Debtor's address**

   **Principal place of business**
   
   955 COMMERCIAL ST NE
   Number    Street
   
   CONYERS        GA        30012
   City           State     ZIP Code
   
   ROCKDALE
   County

   **Mailing address, if different from principal place of business**
   
   SAME
   Number    Street
   
   P.O. Box
   
   City        State       ZIP Code
   
   **Location of principal assets, if different from principal place of business**
   
   SAME
   Number    Street
   
   City        State       ZIP Code

5. **Debtor's website** (URL)  NONE AT THIS TIME

Debtor  __M & T Real Estate Group II Inc._____   Case number (*if known*)_____
           Name

6. **Type of debtor**
   - [x] Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - [ ] Partnership (excluding LLP)
   - [ ] Other. Specify: _____

7. **Describe debtor's business**

   A. *Check one:*
   - [ ] Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - [x] Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - [ ] Railroad (as defined in 11 U.S.C. § 101(44))
   - [ ] Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - [ ] Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - [ ] Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - [ ] None of the above

   B. *Check all that apply:*
   - [ ] Tax-exempt entity (as described in 26 U.S.C. § 501)
   - [ ] Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   - [ ] Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .
   ___ ___ ___ ___

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

   *Check one:*
   - [ ] Chapter 7
   - [ ] Chapter 9
   - [x] Chapter 11. *Check all that apply*:
     - [ ] The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - [x] The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - [ ] A plan is being filed with this petition.
     - [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
     - [ ] The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
     - [ ] The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - [ ] Chapter 12

Debtor __M & T REAL ESTATE GROUP II INC_____   Case number (if known)_____
      Name

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   ☒ No
   ☐ Yes.  District _____  When _____  Case number _____
                                                           MM / DD / YYYY

           District _____  When _____  Case number _____
                                                           MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    ☒ No
    ☐ Yes.  Debtor _____  Relationship _____
            District _____  When _____
                                                                   MM / DD / YYYY
            Case number, if known _____

11. **Why is the case filed in *this district*?**

    Check all that apply:

    ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☐ No
    ☒ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?**  (*Check all that apply.*)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
       What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☒ Other __FORECLOSURE PENDING_____

    **Where is the property?** __955 COMMERCIAL ST NE_____
                                       Number    Street

    __COVINGTON_____  __GA__  __30012____
    City                                State   ZIP Code

    **Is the property insured?**

    ☐ No
    ☒ Yes. Insurance agency __NEXT INSURANCE_____
          Contact name __CUSTOMER SERVICE   251 LITTLE FALLS DR WILMINGTON DE__
          Phone __855-222-5919_____

---

**Statistical and administrative information**

---

Official Form 201            Voluntary Petition for Non-Individuals Filing for Bankruptcy            page 3

Debtor __M & T REAL ESTATE GROUP II INC_____  Case number (if known)_____
            Name

| 13. | **Debtor's estimation of available funds** | Check one: <br> ☒ Funds will be available for distribution to unsecured creditors. <br> ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
|---|---|---|

| 14. | **Estimated number of creditors** | ☒ 1-49 <br> ☐ 50-99 <br> ☐ 100-199 <br> ☐ 200-999 | ☐ 1,000-5,000 <br> ☐ 5,001-10,000 <br> ☐ 10,001-25,000 | ☐ 25,001-50,000 <br> ☐ 50,001-100,000 <br> ☐ More than 100,000 |
|---|---|---|---|---|

| 15. | **Estimated assets** | ☐ $0-$50,000 <br> ☐ $50,001-$100,000 <br> ☐ $100,001-$500,000 <br> ☐ $500,001-$1 million | ☒ $1,000,001-$10 million <br> ☐ $10,000,001-$50 million <br> ☐ $50,000,001-$100 million <br> ☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion <br> ☐ $1,000,000,001-$10 billion <br> ☐ $10,000,000,001-$50 billion <br> ☐ More than $50 billion |
|---|---|---|---|---|

| 16. | **Estimated liabilities** | ☐ $0-$50,000 <br> ☐ $50,001-$100,000 <br> ☐ $100,001-$500,000 <br> ☐ $500,001-$1 million | ☒ $1,000,001-$10 million <br> ☐ $10,000,001-$50 million <br> ☐ $50,000,001-$100 million <br> ☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion <br> ☐ $1,000,000,001-$10 billion <br> ☐ $10,000,000,001-$50 billion <br> ☐ More than $50 billion |
|---|---|---|---|---|

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  __3__ / __6__ / __2023__
                    MM / DD / YYYY

✗ ___/s/_____     __ADRIAN TISDALE_____
Signature of authorized representative of debtor        Printed name

Title ___POA_____

Debtor _____   Case number (if known)_____
         M & T REAL ESTATE GROUP II INC
         Name

**18. Signature of attorney**    ✗ _____   Date   _____
                                 Signature of attorney for debtor            MM / DD / YYYY

_____
Printed name
_____
Firm name
_____
Number       Street
_____   _____  _____
City                                               State       ZIP Code

_____           _____
Contact phone                                    Email address

_____           _____
Bar number                                       State

**Fill in this information to identify the case:**

Debtor name: M & T REAL ESTATE GROUP II INC

United States Bankruptcy Court for the: NORTHERN District of GA (State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders        12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Skybeam Captial REIT LLC<br>3225 Cumberland Blvd<br>Suite 100<br>Atlanta, GA 30339 | Jeff Dimock<br>Jeffdimock@skybeamcapital.com<br>(404) 445-4424 | Mortgage Loan<br>1st lien position | | $750,000.00 | | |
| 2 | Small Business Administration<br>233 Peachtree St NE<br>Atlanta, GA 30303 | SBA<br>(404) 331-0100 | SBA Loan<br>#3198698007 | | | | $135,000.00 |
| 3 | Adrian Tisdale<br>955 Commercial Street NE<br>Conyers GA 30012 | Adrian Tisdale<br>(678) 206-3415<br>adriantisdale7195@gmail.com | Loans | | | | $295,000.00 |
| 4 | Lyndon Greene<br>G-Trans, LC<br>147 Lawshe Street<br>Atlanta, GA 30314 | Lyndon Greene<br>(678) 522-0530 | Investment | | | | $180,000.00 |
| 5 | Rockdale Water Resources<br>P.O. Box 1378<br>Conyers GA 30012 | Rockdale Water<br>(770) 278-7400 | Acct #424971-261602<br>Services | | | | $ 150.00 |
| 6 | GAS SOUTH<br>P.O. BOX 530552<br>Atlanta, GA 30353 | Gas Company<br>(678) 504-2820 | Acct#8943908721<br>Services | | | | $3,500.00 |
| 7 | Atlanta GA LIGHT<br>P.O. BOX 4569<br>Atlanta, GA 30302 | Atlanta Ga Light | Acct # 10249729667<br>Services | | | | $0.00 |
| 8 | City of Conyers<br>Trash Service<br>901 O'Kelly Street<br>Conyers GA 30012 | Customer Service<br>(770) 483-4411 | Acct # 030-60000985<br>Services | | | | $200.00 |

Debtor: M & T REAL ESTATE GROUP II INC

Case number (*if known*): _____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|---|
| 9 | Clayton County Water<br>1600 Battle Creek Road<br>Morrow GA 30262 | Water Authority<br>Acct#32681846<br>(770) 960-5200 | Service | | | | $200.00 |
| 10 | Cycle Works Sanitation<br>P O Box 689<br>Ball Ground, GA 30107 | Trash Service<br>Acct#2233945 | Service | | | | $200.00 |
| 11 | Colonial Heating & Air<br>P.O. Box 80443<br>Conyers GA 30013 | HVAC<br>Ref# 29747 | Service | | | | $405.00 |
| 12 | The Home Depot<br>Dept 32-2201496209<br>PO Box 70614<br>Philadelphia PA 19176-0614 | Revolving Account<br>#xxxx xxxx xxxx 6209 | Revolving Acct | | | | $2,000.00 |
| 13 | The Perfect Answer<br>PO Box 2027<br>Woodstock, GA 30188 | (770) 928-5000<br>info@theperfectAnswer.com | Service | | | | $250.00 |
| 14 | KABBAGE (American Express)<br>PO Box 650448<br>Dallas, TX 75265-0448 | Kabbage funding<br>Acct #298143<br>(888) 986-8263 | Loan | | | | $4500.00 |
| 15 | ADT<br>3190 S Vaughn Way<br>Aurora, CO 80014 | (800) 716-3640 | | Disputed | | | $4,000 |
| 16 | Pyro Protecton LLC<br>PO BOX 1279<br>Jackson, GA 30233 | (770) 560-3750 | | | | | $292.00 |
| 17 | Spectrum Flooring & Design<br>5335 Dividend Dr<br>Decatur GA 30035 | Elaine<br>(404) 254-4093 | Service | | | | $2,000.00 |
| 18 | Corey Smith<br>CLSmith Development<br>3130 Scenic Brook Dr<br>Conyers GA 30094 | Corey Smith | Contract | Disputed on Appeal Case #21D17675 | | | $12,324.00 |
| 19 | Dekalb County Georgia Water Authority<br>774 Jordan Lane<br>Suite 200<br>Decatur, GA 30033 | RE: 2380 Rambling Way<br>Decatur, GA 30058 | Service | Disputed on Appeal - Bill belongs to Landlord - Corey Smith | | | $5,000.00 |
| 20 | Dr William Wolf<br>1253 Commercial St SW<br>Suite B<br>Conyers, Ga 30094 | Dr William Wolf<br>(404) 597-8888<br>(770) 922-9932 | Contract | | | | $6,000.00 |

Official Form 204        Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims        page 2

| Case Number: 23-52191 | Name: M & T Real Estate Group II, Inc | Chapter: 11 | Division: Atlanta |

Please submit the following original documents to the Court for filing so that the case will proceed timely. **Failure to comply may result in the dismissal of your case.**

If filing bankruptcy without an attorney, please read the information regarding *Filing Bankruptcy without an Attorney* at: www.uscourts.gov/services-forms/bankruptcy/filing-without-attorney.

☐ Individual - Series 100 Forms          ☒ Non-Individual - Series 200 Forms

Official and Local Bankruptcy Forms are available on the Court's website at: www.ganb.uscourts.gov.

**MISSING DOCUMENTS DUE WITHIN 7 DAYS**
☒ Complete List of Creditors (names and addresses of all creditors)
☐ Pro Se Affidavit (signature must be **notarized, or witnessed** by a Court Intake Clerk, accompanied by a picture I.D.)
☐ Signed Statement of SSN

**MISSING DOCUMENTS DUE WITHIN 14 DAYS**
☒ Statement of Financial Affairs
☒ Schedules: A/B C D E/ F G H
☒ Summary of Assets and Liabilities
☒ Declaration About Debtor(s) Schedules
☐ Attorney Disclosure of Compensation
☐ Petition Preparer's Notice, Declaration and Signature (*Form 119*)
☐ Disclosure of Compensation of Petition Preparer (*Form 2800*)
☐ Chapter 13 Current Monthly Income
☐ Chapter 7 Current Monthly Income
☐ Chapter 11 Current Monthly Income
☐ Certificate of Credit Counseling (*Individuals only*)
☐ Pay Advices (*Individuals only*) (*2 Months*)
☐ Chapter 13 Plan, complete with signatures **(local form)**
☒ Corporate Resolution (*Non-Individual Ch. 7 & 11*)

**MISSING DOCUMENTS DUE WITHIN 30 DAYS**
☐ Statement of Intent – Ch.7 (*Individuals only*)

**Ch.11 Business**
☐ 20 Largest Unsecured Creditors
☒ List of Equity Security Holders
☐ Small Business - Balance Sheet
☐ Small Business - Statement of Operations
☐ Small Business - Cash Flow Statement
☐ Small Business - Federal Tax Returns

**Petition Deficiencies:**
☐ Last 4 digits of SSN
☐ Address
☐ Statistical Estimates
☐ Other:

**Case filed via:**
☐ Intake Counter by:
  ☐ Attorney
  ☐ Debtor
  ☐ Other:

☐ Mailed by:
  ☐ Attorney
  ☐ Debtor
  ☐ Other:

☒ Email [Pursuant to General Order 45-2021, this petition was received for filing via email]

**History of Case Association**
Prior cases within 2 years: n/a

Signature: _____
Acknowledgment of receipt of Deficiency Notice

Intake Clerk: amezon    ID Verified ☒   Date: 3/6/23

**FILING FEE INFORMATION**
**Online Payment for Filing Fee** https://www.ganb.uscourts.gov/online-payments (not for chapter 13 plan payments)
$1,738 Due, Order Regarding Unpaid Case Filing Fee.

You may mail documents and filing fee payments (**no personal checks or cash accepted**) to the address below.
**All fee payments and documents filed with the Court must show the debtor's name and bankruptcy case number.**

UNITED STATES BANKRUPTCY COURT
75 Ted Turner Drive, SW, Room 1340
Atlanta, Georgia 30303
404-215-1000