**IT IS ORDERED as set forth below:**



**Date: January 23, 2024**

_____

**Paul W. Bonapfel**
**U.S. Bankruptcy Court Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| M & T Real Estate Group II, Inc | ) | CASE NO. 23-52191-pwb |
| *dba M&T Real Estate Group II, Inc DBA We Work for* | ) | |
| *UGA Conference Center*; | ) | |
| *dba AASAC Transitional Community Housing* | ) | |
| *Houseless* | ) | |
| *Housing Program.* | ) | |

### ORDER

This matter coming before this court on January 18, 2024, upon the Debtor's Motion to Approve Disclosure Statement, continued Motion for Relief from Stay filed by SkyBeam Capital REIT, LLC and the U.S. Trustee's Motion to Dismiss after hearing testimony and argument from counsel and the Court's finding the case was not feasible it is hereby;

ORDERED that the automatic stay is modified to allow SkyBeam Capital REIT, LLC to complete its foreclosure sale on property located at 955 COMMERCIAL ST NE CONYERS, GA 30012 including but not limited to the recordation of its deed under power.  It is further

ORDERED that the United States Trustee's Motion to Dismiss or Convert Case (Doc. 76) is *granted* and the case is *dismissed*.  It is further

ORDERED that the Clerk, U.S. Bankruptcy Court, shall serve a copy of this order upon Debtor, counsel for Debtor, the United States Trustee, and all creditor and orders parties in interest.

[END OF DOCUMENT]

PREPARED AND SUBMITTED BY:

**/s/Richard B. Maner**
Richard B. Maner, GA Bar No. 486588
180 Interstate N Parkway, Suite 200
Atlanta, GA 30339
Phone: (404) 252-6385; Fax: (404) 252-6394
rmaner@rbmlegal.com
**Attorney for Movant**

Reviewed by:

**/s/ Ken Mitchell** *with express permission*
Ken Mitchell GA Bar No. 513230
Giddens, Mitchell & Associates, P.C.
Suite 555
3951 Snapfinger Parkway
Decatur, GA 30035
770-987-7007
Fax : 404-289-7654
Email: gmapclaw1@gmail.com
Attorney for Debtor


**/s/ Lindsay P.S. Kolba** *with express permission*
Lindsay P. S. Kolba,  Georgia Bar No. 541621
United States Department of Justice
Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, Georgia 30303
(404) 331-4478
 lindsay.p.kolba@usdoj.gov

## DISTRIBUTION LIST

Richard B. Maner
180 Interstate N Pkwy, Suite 200
Atlanta, GA 30339


M & T Real Estate Group II, Inc
955 Commercial St NE
Conyers, GA 30012

Kenneth Mitchell
Giddens, Mitchell & Associates, P.C.
Suite 555
3951 Snapfinger Parkway
Decatur, GA 30035

U.S. Trustee
United States Trustee
362 Richard Russell Federal Building
75 Ted Turner Drive, SW
Atlanta, GA 30303